FILED: September 17, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-1874 (L)
(3:26-cv-00545-REP)

---

THE UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

THE COMMONWEALTH OF VIRGINIA; JAY JONES, in his official capacity as Attorney General of Virginia

Defendants - Appellants

and

STEVE DESCANO, in his official capacity as Commonwealth Attorney for Fairfax, Virginia

Defendant

------------------------------

CITIZENS FOR RESPONSIBILTY AND ETHICS IN WASHINGTON

Amicus Supporting Appellant

---

O R D E R

---

Upon consideration of appellants' unopposed motion to consolidate this

appeal with No. 26-2258 and to expedite briefing in No. 26-2258 for purposes of oral argument on October 27, 2026, the court grants the motion and sets the following briefing schedule for issues related to No. 26-2258:

- Appellants' Supplemental Opening Brief and Supplemental Appendix due: September 25, 2026;
- Supplemental Response Brief due: October 16, 2026; and
- Reply Brief, if any, due: October 22, 2026.

For the Court

/s/ Nwamaka Anowi, Clerk