FILED: October 22, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-1874 (L)
(3:26-cv-00545-REP)

---

THE UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

THE COMMONWEALTH OF VIRGINIA; JAY JONES, in his official capacity as Attorney General of Virginia

Defendants - Appellants

and

STEVE DESCANO, in his official capacity as Commonwealth Attorney for Fairfax, Virginia

Defendant

------------------------------

CITIZENS FOR RESPONSIBILTY AND ETHICS IN WASHINGTON; FEDERALISM PROFESSORS; THE RODERICK & SOLANGE MACARTHUR JUSTICE CENTER; LEGAL AID JUSTICE CENTER

Amici Supporting Appellants

HON. KENNETH T. CUCCINELLI II

Amicus Supporting Appellee

---

O R D E R

---

Upon consideration of submissions relative to the motion to file an amicus curiae brief, the court grants the motion and accepts the amicus brief filed by Legal Aid Justice Center.

The court accepts the brief for filing.

Counsel for Legal Aid Justice Center is directed to file an appearance form within three days of the date of this order.

For the Court

/s/ Nwamaka Anowi, Clerk